**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **REGINALD ROSS** | § | |
| **ID # 48671-177,** | § | |
| | § | |
| Movant, | § | |
| v. | § | Civil Action No. **3:16-CV-1396-L** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

On June 11, 2018, Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Movant's request to amend his motion under 28 U.S.C. § 2255 to vacate his sentence and for the appointment of counsel (Doc. 23). No objections were filed to the Report. Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Movant's request to amend his motion under 28 U.S.C. § 2255 to vacate his sentence and for the appointment of counsel (Doc. 23).

**It is so ordered** this 10th day of August, 2018.

*Sam A. Lindsay*

Sam A. Lindsay
United States District Judge

**Order –Solo Page**